ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Direct: (702) 577-9310
Facsimile:  (702) 255-2858
E-Mail: rlarsen@grsm.com
          wwong@grsm.com

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC R. CHILDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>PORTOFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendants. | Case No.:   2:20-cv-00034-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PORTFOLIO RECOVERY ASSOCIATES, LLC TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, the parties, by and through their attorneys of record, stipulate as follows:

1. This is the first stipulation for extension of time to allow Defendant Portfolio Recovery Associates, LLC ("PRA") to respond to the Complaint filed by Eric R. Childers ("Plaintiff") (ECF No. 1).

2. Plaintiff filed his Complaint against PRA on January 7, 2020.

3. On information and belief, service of process was completed on PRA on January 10, 2020, making its response to the Complaint due on January 31, 2020.

4. PRA was seeking to retain counsel and has recently retained counsel.  PRA now requires additional time to prepare a response to the Complaint.

5. Therefore, the parties agree to extend PRA's deadline to respond to the Complaint to and including February 14, 2020.

DATED:  February 3, 2020

KIND LAW

*/s/ Michael Kind*
Michael Kind, Esq. (SBN 13903)
88660 S. Maryland Pkwy., Ste. 106
Las Vegas, NV 89123

*Attorneys for Plaintiff Eric R. Childers*

DATED:  February 3, 2020

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Wing Yan Wong*
Robert S. Larsen, Esq. (SBN 7785)
Wing Yan Wong, Esq. (SBN 13622)
300 S. Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 4, 2020

-2-