**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ERIC R. CHILDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:20-cv-00034-RFB-DJA |
| vs. | ) | |
| | ) | **OMNIBUS TRANSFER ORDER** |
| PORTOFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| SUNNY COCKERLINE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:20-cv-00035-GMN-NJK |
| vs. | ) | |
| | ) | |
| PORTOFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| JESSICA HARRIS-CHALMERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:20-cv-00036-APG-DJA |
| vs. | ) | |
| | ) | |
| PORTOFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiffs Eric R. Childers, Jessica Harris-Chalmers, and Sunny Cockerline (collectively, "Plaintiffs") and Defendant Portfolio Recovery Associates, LLC ("PRA") stipulated to consolidate the following cases: Eric R. Childers v. Portfolio Recovery Associates, LLC, case no. 2:20-cv-00034-RFB-DJA ("Childers"); Sunny Cockerline v. Portfolio Recovery Associates,

1  LLC, case no. 2:20-cv-00035-GMN-NJK ("Cockerline"); and Jessica Harris-Chalmers v.
2  Portfolio Recovery Associates, LLC, case no. 2:20-cv-00036-APG-DJA ("Harris-Chalmers").
3      Having reviewed these cases, the assigned Judges have concluded that judicial economy
4  will be served by consolidating and transferring these cases to a single District Court Judge and
5  Magistrate Judge.  Accordingly, the undersigned Judges—exercising their discretion under
6  local rule 42-1 and the Court's inherent power to control the management of the docket in order
7  to foster judicial economy—**HEREBY ORDER** each of these cases to be **CONSOLIDATED**
8  and **TRANSFERRED** to District Judge Richard F. Boulware, II, who was assigned the earliest
9  open case, case no. 2:20-cv-00034-RFB-DJA, and Magistrate Judge Daniel J. Albregts for all
10 further proceedings.
11     **DATED** this __12__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

_____
Richard F. Boulware, II, District Judge
UNITED STATES DISTRICT COURT

_____
Andrew P. Gordon, District Judge
UNITED STATES DISTRICT COURT