Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiffs Eric R. Childers, Sunny Cockerline,*
*and Jessica Harris-Chalmers*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Eric R. Childers, et al,<br><br>Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>Defendant. | Case No.: 2:20-cv-00034-RFB-DJA<br>2:20-cv-00035-RFB-DJA<br>2:20-cv-00036-RFB-DJA<br><br>**Stipulation of dismissal of Portfolio Recovery Associates, LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Eric R. Childers, Sunny Cockerline, Jessica Harris-Chalmers and Portfolio Recovery Associates, LLC stipulate to dismiss Plaintiffs' claims against Portfolio Recovery Associates, LLC with prejudice.

///

///

///

STIPULATION                                         - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 1, 2021.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Eric R. Childers,* Sunny Cockerline, and Jessica Harris-Chalmers

**GORDON & REES, LLP**

/s/ Wing Wong
Wing Wong, Esq.
Gordon & Rees, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Counsel for Portfolio Recovery Associates, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_____