1 | COGBURN LAW
Jamie S. Cogburn, Esq.
2 | Nevada Bar No. 8409
jsc@cogburncares.com
3 | Erik W. Fox, Esq.
Nevada Bar No. 8804
4 | ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 | Henderson, Nevada 89074
Telephone: (702) 748-7777
6 | Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| CHADWICK M. FUJISHIGE, an individual, | Case Number: |
|---|---|
| Plaintiff, | 2:20-cv-00974-RFB-VCF |
| vs. | |
| RESURGENT CAPITAL SERVICES LIMITED PARTNERSHIP, a Foreign Limited Partnership; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, | **STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Chadwick M. Fujishige ("Plaintiff") and Defendant, Trans Union LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 10th day of June, 2021.                                   Dated this 10th day of June, 2021.

COGBURN LAW                                                          QUILLING, SELANDER, LOWNDS,
                                                                     WINSLETT & MOSER, P.C.

By: */s/Erik W. Fox*                                                 By: */s/Jennifer Bergh*
    Jamie S. Cogburn, Esq.                                            Jennifer Bergh, Esq.
    Nevada Bar No. 8409                                               Nevada Bar No. 14480
    Erik W. Fox, Esq.                                                 2001 Bryan Street, Suite 1800
    Nevada Bar No. 8804                                               Dallas, Texas 75201
    2580 St. Rose Parkway, Suite 330                                  *Attorneys for Trans Union LLC*
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 14th day of June, 2021.